## CAUSEY v. STATE.
### No. 25811.

Court of Criminal Appeals of Texas.
April 9, 1952.

No attorney on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

BEAUCHAMP, Judge.

The appeal is from conviction of the sale of intoxicating liquor in a dry area. The jury assessed his penalty at a fine of $300 and 90 days in jail.

The record brought forward contains no statement of facts or bills of exception. All proceedings appear to be regular and we find no error revealed by the record.

The judgment of the trial court is affirmed.